IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BILL GOODWIN CONSTRUCTION, LLC,** | : | No. 3:13cv157 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| **WONDRA CONSTRUCTION, INC.; RENEWABLE ENERGY SYSTEMS AMERICAS, INC.; RENEWABLE CONSTRUCTION; RES AMERICAN CONSTRUCTION COMPANY, INC.; MEHOOPANY WIND ENERGY, LLC; BP WIND ENERGY NORTH AMERICA, INC.; SEMPRA U.S. GAS & POWER; ZURICH AMERICAN INSURANCE COMPANY and FIDELITY & DEPOSIT COMPANY OF MARYLAND,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 10th day of April 2014, defendants' motions to dismiss plaintiff's amended complaint (Docs. 56, 58 & 62) are **GRANTED** in part and **DENIED** in part as follows:

1. BP Wind Energy North America, Inc. and Sempra U.S. Gas & Power's motion to dismiss is **GRANTED** to the extent that BP Wind Energy North America, Inc. and Sempra U.S. Gas & Power are **DISMISSED** from this action;

2. Mehoopany Wind Energy's motion to dismiss plaintiff's tortious interference with a contract claim, Count Six, is **GRANTED**. Count Six is **DISMISSED** with prejudice;

3. Mehoopany Wind Energy, RES and Wondra's motions to dismiss plaintiff's agency relationship claim, Count Seven are **GRANTED**. Count Seven is **DISMISSED** with prejudice;

4. The motions to dismiss are **DENIED** in all other respects; and

5. Mehoopany Wind Energy and RES's motions to strike Counts Six and Seven from plaintiff's amended complaint (Docs. 54, 59) are **DENIED as MOOT**.

        **BY THE COURT:**

        **s/ James M. Munley**
        **JUDGE JAMES M. MUNLEY**
        **United States District Court**